**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 484 WAL 2018

          Respondent                        :

                                         :   Petition for Allowance of Appeal from

                                         :   the Order of the Superior Court

                 v.                              :

                                         :

LINDA SHERRELL JONES,               :

                                         :

              Petitioner                      :


## ORDER


**PER CURIAM**

      **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.